UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24383-CIV-WILLIAMS/SIMONTON

ARNALDO HERNANDEZ HERNANDEZ,
and JUAN G. ALVAREZ,

    Plaintiffs,

vs.

UNITED SHIP SERVICE CORP. a/k/a
UNITED SHIP SERVICE INC.,

    Defendant.

_____/

## ORDER ON DISCOVERY HEARING

This matter came before the Court for an informal Discovery Hearing on June 15, 2016 on Defendant's Re-Notice of Hearing Regarding Request To Compel Production of Plaintiffs' Tax Returns and Documents Regarding Income Received By Other Employers. ECF No. [39]. Pursuant to the Parties' notice and consent to proceed before a United States Magistrate Judge, this matter has been referred to the undersigned Magistrate Judge, who is presiding over all proceedings in this matter. ECF Nos. [36 and 37]. During the June 15 hearing, the Parties advised the Court of Plaintiffs' stipulation to provide the discovery materials at issue. Pursuant to that stipulation, Plaintiffs shall supplement their discovery responses by providing the following materials by June 30, 2016:

### RFP Nos. 19 through 21

    A.    Plaintiff Hernandez

Plaintiff Arnaldo Hernandez Hernandez shall produce to Defendant copies of his income tax returns for the years 2013 and 2014, along with copies of any and all IRS Forms W-2 or 1099 that Hernandez received from any individual or entity for those same years.

With respect to the tax returns, the Parties agree that if Hernandez does not have the documents in his possession, Hernandez shall provide Defendant with a signed release allowing Defendant to obtain the documents directly from the Internal Revenue Service.

B.     Plaintiff Alvarez

Plaintiff Juan G. Alvarez shall produce copies of his income tax returns for the years 2012, 2013, 2014, and 2015 along with copies of any and all IRS Forms W-2 or 1099 that Alvarez received from any individual or entity for those same years.

With respect to the tax returns, the Parties agree that if Alvarez does not have the documents in his possession, Alvarez shall provide Defendant with a signed release allowing Defendant to obtain the documents directly from the Internal Revenue Service.

## Conclusion

Pursuant to the Parties' stipulation, it is therefore,

ORDERED AND ADJUDGED that Plaintiffs shall provide the additional discovery (documents and/or releases) as stated more fully within the body of this Order. All discovery materials shall be produced on or before June 30, 2016.

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of June 2016.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

All counsel of record